AO 91 (Rev. 08/09) Criminal Complaint

RECEIVED
IN ALEXANDRIA, LA.
APR - 6 2010
TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>JASON MICHAEL CORLEY<br>6912 Esler Field Road<br>Pineville, Louisiana 71360<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 10-mj-1002<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __3/14/09 through 3/31/2010__ in the county of __Rapides Parish__ in the __Western__ District of __Louisiana__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2261A(2)(B) | Section 2261A(2)(B) punishes anyone who, with the intent to place a person in another State in reasonable fear of death of, or serious bodily injury to that person, a member of the immediate family, or a spouse or intimate partner of that person, uses the mail to engage in a course of conduct that causes substantial emotional distress to another person or places that person in fear of death or serious bodily injury to himself, his spouse, or his immediate family member. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Miguel Montalvo, US Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/06/2010__

_____
*Judge's signature*

City and state: __Alexandria, Louisiana__   Judge Dee D. Drell
*Printed name and title*